IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

JOHN THOMAS PAYNE, III,

      Appellant,

 v.

                                  Case No.  5D23-509
                                  LT Case No. 1983-CF-005997-A

STATE OF FLORIDA,

      Appellee.

_____/

Decision filed July 11, 2023

3.850 Appeal from the Circuit Court
for Duval County,
Meredith Charbula, Judge.

John Thomas Payne, III, Bushnell,
pro se.

Ashley Moody, Attorney General,
Tallahassee, and Holly N. Simcox,
Assistant Attorney General,
Tallahassee, for Appellee.


PER CURIAM.

     AFFIRMED.

EDWARDS, C.J., HARRIS and KILBANE, JJ., concur.